IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN OSBORNE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 2:19-cv-00307 |
| v. | ) | |
| | ) | |
| EMPLOYEE BENEFITS ADMINISTRATION BOARD OF KRAFT HEINZ, et al., | ) ) ) ) | |
| Defendants. | | |

| | | |
|---|---|---|
| | ) | |
| In re KRAFT HEINZ SHAREHOLDER DERIVATIVE LITIGATION | ) ) ) ) | 2:19-cv-00549 |

## ORDER OF COURT

AND NOW, this 9th day of April, 2020, the Court hereby enters the following Order: The Defendants' Motions to Transfer at No. 2:19-cv-00307, ECF No. 50 and No. 2:19-cv-00549, ECF No. 30 are hereby GRANTED, consistent with this Court's Opinion of the same date.

A Motion to Appoint Lead Counsel was filed in the action at No. 2:19-cv-00433 on June 14, 2019. (No. 19-433, ECF No. 35.) That action, however, has since been voluntarily dismissed and was de-consolidated from the matters pending at No. 2:19-cv-00549. (No. 19-549, Order, ECF No. 20.) As such, the Court no longer views the Motion at No. 2:19-cv-00433, ECF No. 35 to be "live," but to the extent that it is, any such Motion is hereby DISMISSED without prejudice, in that the transferee Court is the appropriate forum to consider such Motion now that all (federal) actions revolving around the alleged misstatements and/or omissions are pending before that Court.

The Clerk of Court shall transfer the actions at No. 2:19-cv-00307 and No. 2:19-cv-00549, and all actions consolidated with them, specifically *Silverman v. Behring*, No. 2:19-cv-00574 and *Green v. Behring*, No. 2:19-cv-00613, FORTHWITH to the United States District Court for the Northern District of Illinois, as related to *Hedick v. Kraft Heinz Co.*, No. 1:19-cv-01339 (N.D. Ill.).

s/ Mark R. Hornak
Mark R. Hornak
Chief United States District Judge

cc:   All counsel of record